# EXHIBIT 4

# DAILY●NEWS

# Judge scolds wealthy Manhattan couple for letting children learn about salacious details during their divorce

BY **BARBARA ROSS**

NEW YORK DAILY NEWS    Updated: Friday, January 9, 2015, 5:56 AM



Sage Kelly left court Thursday smiling after a judge scolded him and his estranged wife for letting their dirty laundry get

aired in public. (JEFFERSON SIEGEL/NEW YORK DAILY NEWS)

A wealthy Manhattan couple whose divorce was filled with sordid accusations of drug abuse, group sex and incontinence were scolded by a judge Thursday for letting their children hear all about their dirty laundry.

"(Their) children will forever be able to read allegations about their parents on the Internet as a result of papers provided to the public," Supreme Court Justice Matthew Cooper told investment banker Sage Kelly and his estranged wife, Christina Di Mauro.

"This has been a very upsetting, difficult experience for this court," said Cooper.

"These innocent children have been caught up in this horrible, horrible fiasco."

Cooper was referring to allegations that Di Mauro made in public court papers that during their 12-year marriage, her husband had drawn her into using cocaine, abusing alcohol and engaging in group sex with other couples and his clients.

Di Mauro, 39, said in an affidavit that they both became addicted and her husband, a specialist in health care deals for Jefferies until he resigned last month, was sometimes so out of it that he defecated in bed, on walls and the floor in their Fifth Ave. apartment and Sag Harbor home.

Kelly, 42, denied the allegations. "I have never defecated or urinated in bed, on the floor or a wall," he said in court papers.

Di Mauro said Kelly encouraged her in 2012 to have sex with a potential client to land an account and they wound up in a Boston hotel room switching partners with the client and his girlfriend.



Court papers in divorce cases are usually sealed, but the explosive allegations became public last fall after Di Mauro sued Kelly, accusing him of using fraud to get exclusive custody of their two daughters, then 10 and 6.

"The end result is that Mr. Kelly lost his ($7 million-a-year) job . . . (and) these innocent children have been caught up in this horrible, horrible fiasco.

"This sort of information children should never see (but) it will forever be on the Internet," the judge said.

The judge said the one bit of "good news" is that the city's Administration for Children's Services "at this point is not taking action" against the couple, who have agreed on a pending divorce settlement.

The pair — both wearing well-tailored black suits — chatted in a friendly way before the court session Thursday.

They both left the courthouse smiling and refusing to comment.

© 2016 New York Daily News

Christina Di Mauro sued Kelly, separate from their divorce case, which led to the allegations being made public. (JEFFERSON SIEGEL/NEW YORK DAILY NEWS)