# EXHIBIT 2

- "Judge Rips 'Broke" Deadbeat Dad Who Skied in Alps," by Julia Marsh, *The New York Post*, *available at* http://nypost.com/2015/05/14/deadbeat-dad-claimed-poverty-while-taking-european-ski-trips/.

- "Divorce Judge Slams 'Bed-Pooping, Cokehead' Banker, and Alcoholic Wife," by Julia Marsh, *The New York Post*, *available at* http://nypost.com/2015/01/08/judge-blasts-banker-wife-for-horrible-fiasco-of-a-divorce/.

- "Judge Scolds Wealthy Manhattan Couple for Letting Children Learn About Salacious Details During Their Divorce," by Barbara Ross, *The Daily News*, *available at* http://www.nydailynews.com/new-york/judge-scolds-manhattan-couple-messy-divorce-article-1.2070447.

- "Judge Calls Carnegie Deli Manager 'the Shyster of Smoked Meat,'" by Julia Marsh*, The New York Post*, *available at* http://nypost.com/2015/08/05/judge-calls-carnegie-deli-manager-the-shyster-of-smoked-meat/.

- "Judge Won't Dismiss Carnegie Queen's $12K Alimony Payment," by Julia Marsh, *The New York Post*, *available at* http://nypost.com/2014/08/27/judge-wont-dismiss-carnegie-queens-12k-alimony-payment/.

- "Judge Slams Carnegie Deli Manager as 'Shyster of Smoked Meat,'" by Barbara Ross, *The Daily News, available at* http://www.nydailynews.com/new-york/judge-slams-carnegie-deli-owner-shyster-smoked-meat-article-1.2315445.

- "Stephanie March Slammed by Judge for Taking Ex Bobby Flay Back to Court over Food Network Videos," by Barbara Ross, *The Daily News, available at* http://www.nydailynews.com/entertainment/tv/stephanie-march-slammed-judge-bobby-flay-dispute-article-1.2446598.

- "A Second Deadbeat Dad Warrant is Out for Damon Dash," by Barbara Ross, *The Daily News, available at* http://www.nydailynews.com/new-york/deadbeat-dad-warrant-damon-dash-article-1.2207418.

- "Judge Slams Paul George for Being a Deadbeat Dad," by Julia Marsh*, The New York Post*, *available at* http://nypost.com/2014/09/23/judge-slams-nba-star-for-being-a-deadbeat-dad/.

- "Paul George Close to Custody and Child Support Deal Over 5-Month-Old Daughter," by Barbara Ross, *The Daily News, available at* http://www.nydailynews.com/sports/basketball/paul-george-close-custody-child-support-deal-5-month-old-daughter-article-1.1976660.

- "Judge Issues 20-year Order of Protection Against Woman's Ex-Hubby," by Julia Marsh, *The New York Post*, *available at* http://nypost.com/2010/04/14/judge-issues-20-year-order-of-protection-against-womans-ex-hubby/.

- "$100m at Stake in Bitter Richard Gere Divorce," by Julia Marsh, *The New York Post*, *available at* http://pagesix.com/2015/05/01/100m-at-stake-in-bitter-richard-gere-divorce/.

- "Richard Gere, Carey Lowell Continue Divorce Proceedings," by Barbara Ross, *The Daily News, available at* http://www.nydailynews.com/entertainment/gossip/richard-gere-carey-lowell-continue-divorce-proceedings-article-1.2206512.

- "39-year-old Ex of Retired 83-year-old Wall Street Exec Is Now on Welfare – and Thinks She Deserves More $$$," by Julia Marsh, *The New York Post*, *available at* http://nypost.com/2013/06/10/39-year-old-ex-of-retired-83-year-old-wall-street-exec-is-now-on-welfare-and-thinks-she-deserves-more/.

- "Artist Who Rented Apartment on Airbnb Facing Multiple Legal Woes," by Julia Marsh, *The New York Post*, *available at* http://nypost.com/2015/05/13/artist-who-rented-apartment-on-airbnb-facing-multiple-legal-woes/.

- "Former Model Kim Charlton Wins Divorce Fight by Presenting Disputed Weather Vane," by Julia Marsh, *The New York Post, available at* http://nypost.com/2013/05/30/former-model-kim-charlton-wins-divorce-fight-by-presenting-disputed-weather-vane/.

- "Uma Thurman, Arpad Busson Sign Parenting Plan for Daughter," by Barbara Ross, *The Daily News, available at* http://www.nydailynews.com/entertainment/gossip/uma-thurman-arpad-busson-sign-parenting-plan-daughter-article-1.2365430

- "Hedge Big's Wife Must Pay for Divorce Costs, Too," by Julia Marsh, *The New York Post*, *available at* http://nypost.com/2013/10/21/hedge-fund-hubby-off-the-hook-unemployed-wife-must-pay-for-divorce-too/.

- "Amid Drug Allegations, Lamar Odom Faces Upcoming Custody Fight," by Julia Marsh, *The New York Post*, *available at* http://nypost.com/2013/08/27/amid-drug-allegations-lamar-odom-faces-upcoming-custody-fight/

- "Tara Subkoff Wants $10M Divorce Settlement from Urs Fischer," by Julia Marsh, *The New York Post*, *available at* http://pagesix.com/2016/09/19/tara-subkoff-wants-10m-divorce-settlement-from-urs-fischer/

- "Landmark Custody Battle over Dog in Divorce," by Julia Marsh, *The New York Post*, *available at* http://nypost.com/2013/12/04/landmark-custody-battle-over-dog-in-divorce/.

- "Dog Fight Over in Dachshund Custody Battle," by Julia Marsh, *The New York Post*, *available at* http://nypost.com/2013/12/10/dog-fight-over-in-dachshund-custody-battle/.

- "Animals Benefit from Dog Custody Battle: Experts," by Julia Marsh, *The New York Post*, *available at* http://nypost.com/2013/12/05/animals-benefit-from-dog-custody-battle-experts/.

- "Mom Becomes First New Yorker to Benefit from New Custody Laws," by Julia Marsh, *The New York Post*, *available at* http://nypost.com/2016/09/02/mom-becomes-1st-new-yorker-to-benefit-from-new-custody-laws/.

- "Judge Bars Moving Picasso Painting from Four Seasons," by Julia Marsh, *The New York Post*, *available at* http://nypost.com/2014/02/09/judge-bars-moving-picasso-painting-from-four-seasons/.

- "Picasso Curtain Will 'Crack Like a Potato Chip' If Moved: Court Papers," by Barbara Ross, *The Daily News*, *available at* http://www.nydailynews.com/news/national/pablo-picasso-curtain-crack-potato-chip-moved-court-papers-article-1.1605864.