# EXHIBIT 4



Anthony Zappin <anthony.zappin@gmail.com>

---

## Zappin v. Comfort - 301568-14

---

**Timothy Corbo** <tcorbo@nycourts.gov>  Fri, Aug 28, 2015 at 10:10 AM
To: Anthony Zappin <anthony.zappin@gmail.com>, "Robert M. Wallack" <rwallack@wallackfirm.com>, "HCohen@crsslaw.com" <HCohen@crsslaw.com>, David Schorr <deschorr@schorr-associates.com>, "mbelmont@wallackfirm.com" <mbelmont@wallackfirm.com>

Attention counsel,

Both open motions, sequences 19 and 21 will be marked fully submitted on 9/2 and 9/9, respectively.  No oral argument is required and accordingly, both appearances are hereby cancelled.  All briefing schedules will remain unchanged.  The Judge will render written decisions on both motions based on the papers.

Thank you.

Timothy T. Corbo, Esq.

Principal Law Clerk

Justice Matthew F. Cooper

NY State Supreme Court

60 Centre Street, Room 519

New York, N.Y. 10007

Chambers: 646-386-5696

Fax: 212-295-4921