# EXHIBIT 6



Anthony Zappin <anthony.zappin@gmail.com>

## Subpoena to ALM in Zappin v. Comfort

**Calman, Camille** <CamilleCalman@dwt.com>
To: Anthony Zappin <anthony.zappin@gmail.com>
Cc: David Schorr <deschorr@schorr-associates.com>

Wed, Oct 21, 2015 at 6:25 PM

Dear Mr. Zappin:

Thanks very much for speaking with me this afternoon. Just to clarify, what I said was that it was my understanding that the reporter had already told you that he received the decision from a clerk in Justice Cooper's chambers. We believe that a motion to compel is likely to fail because New York's Shield Law provides strong protections to media parties, particularly in the context of a third-party subpoena on an issue collateral to the central issue of the litigation.

Sincerely yours,

**Camille Calman** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020-1104
Tel: (212) 603-6454 | Fax: (212) 489-8340
Email: camillecalman@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

**From:** Anthony Zappin [mailto:anthony.zappin@gmail.com]
**Sent:** Wednesday, October 21, 2015 6:11 PM

[Quoted text hidden]

[Quoted text hidden]