# EXHIBIT 9

Patent-lawyer a 'fool' for representing himself in divorce battle: judge | New York Post
Case 1:16-cv-05985-KPF   Document 26-9   Filed 11/08/16   Page 2 of 3
7/27/16, 12:36 AM

METRO

# Patent-lawyer a 'fool' for representing himself in divorce battle: judge

By Julia Marsh                                                                 September 21, 2015 | 11:57pm



Photo: Shutterstock

A Manhattan judge has branded an Ivy League-educated patent lawyer a "fool," ripping into the attorney for representing himself in his bitter divorce battle.

Justice Matthew Cooper, in a decision to reprimand Anthony Zappin, said the attorney was a poster child for the adage, "A lawyer who represents himself has a fool for a client."

The Manhattan Supreme Court judge also fined the $230,000-a-year associate at Mintz Levin PC $10,000 for his "aggressively hostile" behavior.

Ever since the Columbia-educated Zappin, 30, had a son with his wife, fellow attorney Claire Comfort, 32, in 2013, he has "used his law license as a tool to threaten, bully and intimidate," the judge ruled.

The West Village resident sued Comfort for divorce immediately after their first and only child was born.

In May 2014, Zappin scribbled, "You're pathetic!" on a motion to a prior judge handling his divorce case, which was made public on Monday.

He also started a Web site taking to task the court-appointed attorney for his child, calling the lawyer, a fellow member of the New York bar, "a very sick and greedy woman."

Zappin told The Post he plans to appeal the decision, which he called "false."

FILED UNDER  **DIVORCES**, **JUDGES**, **LAWSUITS**, **LAWYERS**

Recommended by