# EXHIBIT 10



# Manhattan lawyer fined $10G for bullying judge and attorney in his divorce case



A judge hammered lawyer Anthony Zappin for allegedly using his law license to bully others in his divorce case.
(WAVEBREAKMEDIA VIA ISTOCK)

**BY**

**BARBARA ROSS**

NEW YORK DAILY NEWS
Monday, September 21,

2015, 11:09 PM

A Manhattan lawyer was socked with a $10,000 fine Monday by a state judge who charged him with using "his law license as a tool to threaten, bully and intimidate" judges and others in his bitter divorce battle.

Manhattan Supreme Court Justice Matthew Cooper said Anthony Zappin's "maelstrom of misconduct" raises "serious questions about his fitness to practice law." Zappin, 30, is representing himself in his divorce from patent attorney Claire Comfort, 30. He's seeking unsupervised visits with their 2-year-old son.

Cooper took issue with Zappin's cyberattacks on Harriet Cohen, his son's court-appointed lawyer, who has recommended he only be allowed supervised visits.

Zappin issued a statement accusing Cooper of writing a decision that "put personal animus over the welfare of our child" and said he will appeal.

© 2016 New York Daily News