# EXHIBIT 11

RECEIVED

JUL 2 7 2015

MOTION SUPPORT OFFICE
NYS SUPREME COURT - CIVIL

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
ANTHONY ZAPPIN,

                        Plaintiff,           **NOTICE OF APPEARANCE**

-- against --

                                          Index No. 301568/14

CLAIRE COMFORT,

                        Defendant.

-----------------------------------------------------------------X

       **PLEASE TAKE NOTICE**, that David Evan Schorr, Esq., hereby enters his appearance as co-counsel to Plaintiff Anthony Zappin, Esq. in the above-captioned proceeding. Please serve a copy of all notices, correspondence, papers and orders on Mr. Schorr, who is admitted to practice in this Court, at the address provided below together with copies to Plaintiff.

Dated:    July 27, 2015
            New York, NY

                                                  David Evan Schorr
                                                  115 E. 87th Street, #6A
                                                  New York, NY 10128
                                                  deschorr@schorr-associates.com
                                                  (917) 756-5983
                                                  *Co-Counsel to Plaintiff Anthony Zappin*

TO:    Robert Wallack
           The Wallack Firm, PC
           777 Third Avenue, 21st Floor
           New York, NY 10017
           *Counsel for Defendant*

           Harriet Cohen
           Cohen Rabin Stine Schumann LLP
           11 Times Square, 10th Floor
           New York, NY 10036
           *Attorney for the Child*

1