# EXHIBIT 12

# PHYSICAL THERAPY INITIAL EVALUATION

**PATIENT NAME** ▮ Zappin    **DATE** 5/1/14

**HISTORY** 7 month year-old (male)/female ___R ___L handed  **DX** torticollis

**History of Presenting Problem:**
DOB Oct 6 2013 → Normal delivery   mild developmental delay
almost 7mths old
- noted at birth c̄ initial pediatrician
- Switched pediatrician
  no mention @ 2/4 month visits
- @ 6mths MD visit → Dx torticollis
  to Cornell              R/O c̄ PT

**Present Symptoms**

**Functional Limitations:**
mom working to have breast feed (B) side, sleep c̄ head both sides

**Aggravated By:**

**Previous Functional Status:**

**Relieved By (including meds):**

babysitter: ▮

**Past Medical History:**
Sensitive skin
baby eczema

**X-rays/Tests:**
MOM: Claire Comfort

**Previous Treatment:**

**Social History:**
1st born

☐ **Medication List Reviewed**

## EVALUATION

**Observations (include gait, posture, edema):** Sit (L) SB → holds head SB(L) in all positions. Supine

**Range of Motion:**    WNL
\* = pain w/over pressure
\*\* = end range pain
\*\*\* = pain before end of range

| Circle - Active Passive A/P Hip / Shoulder | | | Circle - Active Passive A/P Knee-Ankle / Elbow-Hand | | | Spine - circle area(s) - |
|---|---|---|---|---|---|---|
|  | R | L |  | R | L | C  T  L |
| Flex |  |  | Flex |  |  | sup/ten sit |
| Ext |  |  | Ext |  |  | Active prone/drop |
| Abd |  |  | Supin |  |  | Rot R 80% rotates |
| Add |  |  | Pron |  |  | L WFL ~70° R/L |
| ER |  |  | DF/Flx |  |  | SB R 70% |
| IR |  |  | PF/Ext |  |  | L WFL |
| SLR |  |  | Inv/RD |  |  | Passive Rot (R) |
|  |  |  | Ev/UD |  |  | SB (R) 90° c̄ child |
|  |  |  | Grasp |  |  | protesting any PROM |

Muscle Strength: _____ WNL _____   * = pain with resistance

| Hip / Shoulder | R | L |
|---|---|---|
| Flex | | |
| Ext | | |
| Abd | | |
| Add | | |
| ER | | |
| IR | | |

| Knee-Ankle / Elbow-Hand | R | L |
|---|---|---|
| Flex | | |
| Ext | | |
| Supin | | |
| Pronat | | |
| DF/Flex | | |
| PF/Ext | | |
| Inv/RD | | |
| EV/UD | | |
| Grasp | | |

| Cervical / Lumbar | R | L |
|---|---|---|
| Flex | | |
| Ext | | |
| Rot | | |
| SB | | |

Resisted Tests in neutral:

Palpation: pull to sit does initiate c̄ head
(PT) marked spasm (L) UT / SCM / lev. scap.

Neurological Findings (sensation, reflexes):
- able to roll supine ↔ prone to (R), less to (L).

Special Tests:
- (I) sit for only a few seconds → not yet able to reach in sitting
- prone prop on elbows only. (hips down on mat)

## ASSESSMENT
Almost 7 mths old infant referred to PT c̄ dx of torticollis. (+) (L) torticollis c̄ spasm, stiffness, weakness & mild developmental delay of gross motor skills.

PRECAUTIONS:

**GOALS** - ☐ Eliminate Edema   ☒ Improve ROM __full__ Degrees
☒ Improve Strength _normal_ Grade   ☐ Improve Joint Mobility (specify):
☒ Normalize Soft Tissue Integrity   ☐ Decrease Pain to: __0-2 __2-4 __3-5 __4-6 __5-7 __6-8 (out of 10)
☐ Normalize Gait Pattern   ☒ Other _____

Functional Outcomes:
pt will reach developmental milestones in timely fashion c̄ neutral positioning of cervical spine.

**FIRST TREATMENT:**
☐ MH   ☐ ES   ☐ ICE   ☐ US   ☒ STM/MFR (L)   ☐ JT.MOB   ☐ TRACTION
- educate mom & babysitter
location/type: Rx { → instructed in hold to stretch (L) UT
THER.EX/NMR: HEP { → supported sit tilt to (L) → to engage (R) SCM
                    → developmental postures.

**TREATMENT PLAN:**
- education to family
- manual ther.
- developmental postures

(P.T. signature) _____

Frequency and Duration: Bi w x 4 wks - 8 wks.

initeval: 7/23/13