# EXHIBIT 13



Anthony Zappin <anthony.zappin@gmail.com>

# Zappin v. Comfort - Emergency Motion Tuesday May 12, 2015

**Robert M. Wallack** <rwallack@wallackfirm.com>  Fri, May 8, 2015 at 11:35 AM
To: Anthony Zappin <anthony.zappin@gmail.com>
Cc: HCohen@crsslaw.com, Brittney Hershkowitz <bhershkowitz@wallackfirm.com>, Michael Belmont <mbelmont@wallackfirm.com>, Claire Comfort <clairekcomfort@yahoo.com>, "Robert M. Wallack" <rwallack@wallackfirm.com>

So, it's a motion to prohibit you from having contact with ▉?

Robert M. Wallack, Esq.

**THE WALLACK FIRM, P.C.**

777 THIRD AVENUE

NEW YORK, NEW YORK 10017

PHONE (212) 223-1300

FAX    (212) 223-1301

EMAIL  rwallack@wallackfirm.com

WEB    www.wallackfirm.com

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

**From:** Anthony Zappin [mailto:anthony.zappin@gmail.com]
**Sent:** Friday, May 08, 2015 11:13 AM
**To:** Robert M. Wallack
**Cc:** HCohen@crsslaw.com; Brittney Hershkowitz; Michael Belmont
**Subject:** Re: Zappin v. Comfort - Emergency Motion Tuesday May 12, 2015

Rob,

Provisions to safeguard the well-being of the child.

Anthony

On Fri, May 8, 2015 at 10:47 AM, Robert M. Wallack <rwallack@wallackfirm.com> wrote:

> An "emergency application" seeking what relief?
>
> Robert M. Wallack, Esq.
>
> **THE WALLACK FIRM, P.C.**
>
> 777 THIRD AVENUE
>
> NEW YORK, NEW YORK 10017
>
> PHONE   (212) 223-1300
>
> FAX     (212) 223-1301
>
> EMAIL   rwallack@wallackfirm.com
>
> WEB     www.wallackfirm.com
>
> This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.
>
> **From:** Anthony Zappin [mailto:anthony.zappin@gmail.com]
> **Sent:** Friday, May 08, 2015 10:26 AM
> **To:** Robert Wallack; HCohen@crsslaw.com
> **Subject:** Zappin v. Comfort - Emergency Motion Tuesday May 12, 2015

Rob and Harriet -

Please be advised that I intend to present an emergency application to the Court at 10:00 a.m. on Tuesday May 12, 2015.

Best,

Anthony Zappin