# EXHIBIT 16

1759

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK : CIVIL TERM : PART 51
------------------------------------------------X
ANTHONY ZAPPIN

               Plaintiff

                                 Index Number
    - against -                  301568/2014

CLAIRE COMFORT

               Defendant
------------------------------------------------X

               60 Centre Street
               New York, New York

               December 3, 2015

B E F O R E :

               HONORABLE MATTHEW F. COOPER, Justice

A P P E A R A N C E S :

Attorneys for Plaintiff:

               ANTHONY ZAPPIN, Pro Se

               DAVID SCHORR, ESQ., Co-Counsel
               275 Madison Avenue - 14th Floor
               New York, New York 10011, ESQ.

Attorneys for Defendant:

               THE WALLACK FIRM, P.C.
               777 Third Avenue
               New York, New York 10017
               By: ROBERT M. WALLACK, ESQ.
                   MICHAEL BELMONT, ESQ.

               - continued -

dw

```
                                                                    1760

     Attorneys for the Child:
                    COHEN RABIN STINE SCHUMANN, LLP
                    11 Times Square - 10th Floor
                    New York, New York 10036
                    BY:  HARRIET NEWMAN COHEN, ESQ.
                         PAUL C. KURLAND, ESQ.


                    DENISE WILLIAMS, RPR
                    CAROLYN BARNA,
                    Official Court Reporters
```

dw

1878

                    Zappin - Cross - Mr. Wallack
1
2  the West Virginia State Parole Board, correct?
3      A.   Yeah.  Well, what -- her parole hearing was
4  after this was filed.
5      Q.   You filed this in retaliation for what you
6  believe was Judge Kaplan contacting the West Virginia
7  State Parole Board, correct?
8              MR. SCHORR:  Objection.
9              THE COURT:  Overruled.
10     A.   No.  I filed this because if you look at the
11 exhibit on the back, forgive my language your Honor, but
12 I got my ass kicked (indicating).  There is a big bruise
13 on my arms --
14     Q.   You've answered the question, sir.
15     A.   -- on my butt.  My butt has been in pleadings in
16 almost every court in this county.
17             THE COURT:  Mr. Zappin, do you really
18     believe a judge of New York Supreme Court would
19     interject herself into your mother's legal troubles
20     in West Virginia?
21             THE WITNESS:  I would hope not.  But.
22             THE COURT:  Do you believe allegedly she
23     did that?
24             THE WITNESS:  I would hope not.  I would
25     hope the information comes out I'm wrong, but.
26             THE COURT:  So you are saying that you

```
                                                            1879
                   Zappin - Cross - Mr. Wallack
 1
 2     would make a serious allegation like that simply on a
 3     hope not?
 4              THE WITNESS:  Well, I hope that a judge
 5     would not do that, but given all of the information
 6     and facts I had at the time of this filing --
 7              THE COURT:  What evidence do you have?
 8              THE WITNESS:  I think I answered that.
 9              THE COURT:  What evidence do you have that
10     Judge Kaplan contacted the West Virginia Parole Board
11     to advocate your mother not be granted parole?  What
12     evidence do you have?
13              THE WITNESS:  Just statements by the people
14     I talked to in the parole board, the documents that
15     came back from the FOIA request.
16              THE COURT:  What do you -- what do
17     documents show?  Do they say a contact from a New
18     York State Supreme Court named Debra Kaplan?  What do
19     they show?
20              THE WITNESS:  No.
21              THE COURT:  I thought you said you didn't
22     get documents because the FOIA request was denied?
23              THE WITNESS:  Exactly -- no, it wasn't
24     denied.  They withheld certain documents because they
25     are public sediment statements and not subject to
26     FOIA requests, so I filed a lawsuit --
```

1880

1          Zappin - Cross - Mr. Wallack
2          THE COURT:  You have nothing written
3    linking Judge Kaplan with your mother's parole
4    hearing, correct?
5          THE WITNESS:  Nothing written.
6          THE COURT:  So what did you have that you
7    say upon information and belief? What information do
8    you have?
9          THE WITNESS:  Just what they said to me on
10   the phone.
11         THE COURT:  Who said to you?
12         THE WITNESS:  The lady at the parole
13   board.  She said a judge had contacted them about my
14   mother's parole.
15         THE COURT:  A judge? How many judges are
16   there in the United States?
17         THE WITNESS:  Quite a few.
18         THE COURT:  You assumed then because a
19   lady, as you call her, from the parole board said
20   that a judge had contacted the parole board you then
21   made an allegation that Justice Kaplan did; is that
22   correct?
23         THE WITNESS:  No, not solely based on
24   that.  We looked, said well, did any of the circuit
25   judges in Cabell county do it, no. My mother's
26   attorneys inquired.  They sent letters.  And no one

|  |  |
|---|---|
| 1 | Zappin - Cross - Mr. Wallack |
| 2 | did. |
| 3 | THE COURT: Did you ask Justice Kaplan if |
| 4 | she contacted the parole board? |
| 5 | THE WITNESS: Well, I think what -- how |
| 6 | this came -- |
| 7 | THE COURT: Answer my question. You said |
| 8 | your brother and your mother's attorney contacted all |
| 9 | judges, in what county? |
| 10 | THE WITNESS: Not my brother. My mother's |
| 11 | -- |
| 12 | THE COURT: Counsel. What county? |
| 13 | THE WITNESS: C-A-B-E-L-L county. |
| 14 | THE COURT: That attorney told you, did |
| 15 | they send something in writing to that effect? |
| 16 | THE WITNESS: I talked to him on the phone. |
| 17 | THE COURT: So he contacted the judges, |
| 18 | presumably he called the judges and said hey, did you |
| 19 | do anything with regard to Lee Anne Zappin, right? |
| 20 | THE WITNESS: I don't know what he |
| 21 | specifically did. He said he conducted an |
| 22 | investigation. |
| 23 | THE COURT: Did you conduct an |
| 24 | investigation as to what Judge Kaplan allegedly did? |
| 25 | THE WITNESS: I looked into it, yes. |
| 26 | THE COURT: How did you look into it? |

|   |   |
|---|---|
| 1 | Zappin - Cross - Mr. Wallack |
| 2 | THE WITNESS:  I filed a FOIA request.  My |
| 3 | brother talked to the actual members of the parole |
| 4 | board.  I think one said yeah, we think somebody from |
| 5 | New York contacted the parole board about your |
| 6 | mother. |
| 7 | THE COURT:  That is not what you testified |
| 8 | at some point earlier.  Now you're saying that your |
| 9 | brother -- who is it, a brother?  Said that somebody |
| 10 | from the parole board in New York said a judge from |
| 11 | New York contacted -- |
| 12 | THE WITNESS:  It was something -- |
| 13 | THE COURT:  And that's enough for you to |
| 14 | put in a complaint against a judge? |
| 15 | THE WITNESS:  Your Honor, it says upon |
| 16 | information and belief.  It doesn't say it's a fact. |
| 17 | THE COURT:  Information and belief doesn't |
| 18 | have to have a factual basis, is that what you're |
| 19 | telling me? |
| 20 | MR. SCHORR:  Your Honor. |
| 21 | THE WITNESS:  I'm not saying it.  If I |
| 22 | looked into it, if I contacted Justice Kaplan, it |
| 23 | would be an ex parte communication.  She'd probably |
| 24 | say I'm harassing her.  But, you know, she did call |
| 25 | the state police to get -- get Dr. Braverman's |
| 26 | parking pass revoked. |

```
 1              Zappin - Cross - Mr. Wallack
 2              THE COURT:  Who is Dr. Braverman?
 3              THE WITNESS:  We went through it.  He's a
 4    litigant in front of Justice Kaplan.
 5              THE COURT:  What does he have to do with
 6    you?
 7              THE WITNESS:  Just he's gone through
 8    similar abusive experiences in these matrimonial
 9    parts.
10              (Continued on the next page)
11
12
13
14
15
16
17
18
19
20
21              (End T6)
22
23
24
25
26
```